

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA      JAN 20 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

CONRAD JAMES I, on behalf of himself and all others similarly situated,
Plaintiff Pro Se,

v.

Case No.: 3:26-CV-00034-SLG

(To be assigned)

MUNICIPALITY OF ANCHORAGE; ANCHORAGE POLICE DEPARTMENT; ANCHORAGE FIRE DEPARTMENT; ANCHORAGE PUBLIC TRANSPORTATION DEPARTMENT; ANCHORAGE HEALTH DEPARTMENT; and JOHN DOES 1-10 (Municipal Employees/Agents),
Defendants.

**CLASS ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES FOR DEPRIVATION OF CIVIL RIGHTS**

*(Jury Trial Demanded)*

## I. PRELIMINARY STATEMENT: THE NATURE OF THE ACTION

1. **This is a civil rights action for the restoration of human dignity.** Plaintiff CONRAD JAMES I brings this suit to challenge the Municipality of Anchorage's systemic campaign of **administrative violence** against its most vulnerable residents.
2. In the dead of the Alaskan winter, the Defendants have constructed a "bureaucratic machinery of death"—a system that ostensibly offers aid while systematically stripping homeless individuals, particularly Alaska Natives and those with disabilities, of their constitutional personhood.
3. Through a labyrinth of arbitrary "trespass" bans, discriminatory transit denials, religious persecution, and the maintenance of squalid, dangerous containment zones masquerading as "shelters," the Municipality has violated the social contract and the supreme law of the land.
4. Plaintiff alleges that the Defendants have moved beyond mere negligence into **State-Created Danger**, actively placing citizens in positions of unavoidable peril in violation of the Fourteenth Amendment, the First Amendment, and the Americans with Disabilities Act.

## II. JURISDICTION AND VENUE

1. **Subject Matter Jurisdiction:** This Court has jurisdiction under **28 U.S.C. § 1331** (Federal Question) and **28 U.S.C. § 1343(a)(3)**, as this action seeks to redress the deprivation of rights secured by the **First and Fourteenth Amendments** to the U.S. Constitution, **42 U.S.C. § 1983**, and **Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131 et seq.**
2. **Venue:** Venue is proper in the District of Alaska under **28 U.S.C. § 1391(b)**.

## III. PARTIES

1. **Plaintiff CONRAD JAMES I** is a resident of Anchorage, Alaska, currently residing in the municipal facility known as "Linda's Place." He is a "qualified individual with a disability" as defined by **42 U.S.C. § 12102**. He stands before this Court *pro se*.
2. **Defendant MUNICIPALITY OF ANCHORAGE** is the final policymaker responsible for the customs and practices challenged herein.

**COUNT I: DEPRIVATION OF RIGHTS UNDER COLOR OF LAW** *(42 U.S.C. § 1983 –*
*Fourteenth Amendment Due Process)*

22. **State-Created Danger:** By affirmatively cutting off access to shelter for a *de minimis* infraction during an extreme weather event, and by refusing to allow a call for safety transport (AFD), Defendants created a specific danger of death.

**COUNT II: VIOLATION OF FIRST AMENDMENT** *(42 U.S.C. § 1983 – Free Exercise of Religion)*

23. Defendants substantially burdened Plaintiff's exercise of religion by physically preventing him from praying with a clergy member (Sister of Providence) while he was a client at a municipal service site.

**COUNT III: SYSTEMIC VIOLATION OF TITLE II OF THE ADA** *(42 U.S.C. § 12132)*

24. **Failure to Accommodate:** Defendants failed to make reasonable modifications to their "curfew" and "trespass" policies to accommodate Plaintiff's mobility limitations and lack of transport.

**COUNT IV: EQUAL PROTECTION VIOLATIONS** *(42 U.S.C. § 1983 – Fourteenth Amendment)*

25. **Class of One:** APD's decision to trespass Plaintiff rather than take a robbery report was irrational, arbitrary, and motivated by discriminatory animus toward his housing status.

**VII. PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff demands judgment against Defendants as follows:

A. **DECLARATORY JUDGMENT** finding that the "Trespass" bans issued without due process are unconstitutional;

B. **PERMANENT INJUNCTIVE RELIEF** ordering:

1. An immediate moratorium on shelter bans during sub-zero weather;

2. Mandatory directives for APD to accept reports from homeless victims without retaliation;

3. Unimpeded access to religious counsel for shelter clients;

C. **COMPENSATORY DAMAGES** for property loss, physical suffering, and emotional distress;

D. **PUNITIVE DAMAGES** to punish willful, malicious conduct;

E. **COSTS AND FEES** pursuant to *42 U.S.C. § 1988.*

**VERIFICATION**

I, CONRAD JAMES I, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: **January 20, 2026**

Signature: _____ **CONRAD JAMES I** Plaintiff Pro Se

**Address for Service:**

1411 E. 5th Avenue # A15

ANCHORAGE, Alaska 99501

Conrad James I
Name
1911 5th Ave. # A15, Anchorage, AK
Mailing address
                            99501
City, State, Zip
(984) 300-0414
Telephone

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Conrad James I                    ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Municipality of Anchorage, AK.
APD, AFD, APTD, APHD,           ,
And John Does 1-10.             ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _____
                (To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Conrad James I ,
                                                        (print your name)

who presently resides at 1911 5th Ave. Apt # 15 Anchorage, AK.
                            (mailing address)                99501

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, Municipality of ANCHorAge is a citizen of
_(name)_
Alaska , and is employed as a Municipality .
_(state)_ _(defendant's government position/title)_

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___V___The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, ANCHorAge Police, FIre, Transportation, Health is a citizen of
_(name)_
Alaska , and is employed as a Operational Arms .
_(state)_ _(defendant's government position/title)_

___V___This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___V___The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
_(name)_
_____, and is employed as a_____.
_(state)_ _(defendant's government position/title)_

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about _01-20-2026_ _____, my civil right to
(Date)
_Freedom of Religion_ _____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)
was violated by _Municipality of Anchorage_ _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

See Attached

Claim 2: On or about __12-29-2025_____, my civil right to
                                  (Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)
was violated by __Municipality of ANCHORAGE_____
                   (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

ON December 29th 2025 I contacted APD
profusely to report the robbery of my personal,
financial, and electrical items felonously committed
by Lindsey Nikki Jensen-Ward at 6331 W 6th
Ave. Acting under color of law officers
refused the report, Investigated the items
were in the household, Dirlected their
Duties, then trespassed me from the Property

Claim 3: On or about _January 9th 2026_ , my civil right to
(Date)
_State- Created Danger_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _Municipality of ANChorage_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Municipal agents at the cold weather shelter (1111 w 56th Ave) evicted me in sub-zero tempatures for being 2 minutes tardy without transport or accomadation. Crucially ANchorage fire Department personel present at the scene, refused standard of care for my GLP and fall on the walkway, then refused my request to use their phones to call the ANchorage safety patrol (ASP) willfully abandoning a disabled citizen in life threatening conditions

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

### F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_Declaratry_
Compensatory
Injactive

Physical
emotional
Transma...

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $ _to be determined for willful malicious conduct_

3. An order requiring defendant(s) to _moratorium on shelter bans in sub zero temperatures_

4. A declaration that _APD accepts reports from homeless victims undiscriminately_

5. Other: _Unimped access to religious consel_

Plaintiff demands a trial by jury. __X__ Yes _____ No

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Alaska Federal Courthouse_ on _1-20-2026_
          (Location)                                     (Date)

_____
      (Plaintiff's Original Signature)

_____     _____
  Original Signature of Attorney (if any)                 (Date)

_____
_____
_____

Attorney's Address and Telephone Number